JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADEJAH ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>STATES RECOVERY SYSTEMS, INC.,<br><br>Defendant. | Case No.: 5:21-cv-02150-RSWL-JPRx<br><br>*HON. RONALD S. W. LEW*<br>*HON. MAG. JEAN P. ROSENBLUTH*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: January 31, 2023        /S/ RONALD S.W. LEW
                               HON. RONALD S. W. LEW
                               United States District Judge